

|  |  |
|---|---|
| | U.S. Department of Justice |
| | *United States Attorney* |
| | *District of New Jersey* |

| | | |
|---|---|---|
| *Rachael A. Honig* | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE | 856/757-5026 |
| *Acting United States Attorney* | 401 Market Street, 4th Floor | Fax: 856/968-4917 |
| | Post Office Box 2098 | Camden NJ  08101-2098 |

*Sara A. Aliabadi*
*Assistant United States Attorney*

**VIA ECF**                                                              March 17, 2021
Honorable Noel L. Hillman
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

        Re:    <u>United States v. Nicholas Martino</u>
                  <u>Civil No.  21-cv-0037 (NLH)</u>

Dear Judge Hillman:

      Defendant Nicholas Martino has filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, and the Court has ordered the Government to respond to this motion by April 19, 2021.  *See* Docket Entry Nos. 1, 4, 5, 6, 8.

      The Government now requests a 60-day extension of time so that its response to Martino's motion may be due on or before June 19, 2021.[1]

      Thank you for your consideration of the Government's request for a 60-day extension.

                                            Respectfully submitted,

                                            RACHAEL A. HONIG
                                            Acting United States Attorney

                                            ***<u>s/Sara Aliabadi</u>***
                                            SARA A. ALIABADI
                                            Assistant U.S. Attorney

---

[1] In so doing, the Government notes that Martino recently filed a motion for the Court to reconsider its prior denial of Martino's request for counsel and for discovery.  *See* Docket Entry No. 9.  This motion remains pending.