```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

_____
                                :
NICHOLAS KYLE MARTINO,          :
                                :
        Petitioner,             :    Civ. No. 21-0037 (NLH)
                                :
    v.                          :    **MEMORANDUM OPINION & ORDER**
                                :
                                :
UNITED STATES OF AMERICA,       :
                                :
        Respondent.             :
_____ :

APPEARANCE:

Nicholas Kyle Martino
106 B Hurffville-Grenloch Road
Sewell, NJ 08080

    Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Sarah Aliya Aliabadi, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Nicholas Kyle Martino filed a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on March 4, 2021, see ECF No. 8; and

WHEREAS, Respondent requests a 60-day extension until June 19, 2021 to submit its answer, ECF No. 10,

THEREFORE, IT IS on this __19th__ day of March, 2021

ORDERED that Respondent's request for an extension, ECF No. 10, is granted. The response is due June 19, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.