UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                              :
NICHOLAS KYLE MARTINO,        :
                              :
    Petitioner,              :    Civ. No. 21-0037 (NLH)
                              :
  v.                          :    ORDER
                              :
UNITED STATES OF AMERICA,     :
                              :
    Respondent.              :
_____:

    For the reasons set forth in the Court's opinion,

    IT IS on this  7th  day of May, 2021,

    ORDERED that Petitioner's motion for sanctions, ECF No. 14, shall be, and hereby is, denied; and it is further

    ORDERED that Petitioner's motion for reconsideration, ECF No. 15, shall be, and hereby is, denied; and it is finally

    ORDERED that the Clerk of the Court shall serve a copy of the Opinion and Order upon Petitioner by regular U.S. mail.

                                            s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.