```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NICHOLAS KYLE MARTINO, | 1:21-cv-0037 (NLH) |
| Petitioner, | MEMORANDUM OPINION & ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

APPEARANCES:

Nicholas Kyle Martino
106 B Hurffville-Grenloch Road
Sewell, NJ 08080

    Petitioner pro se

Philip R. Sellinger, United States Attorney
Sara Aliya Aliabadi, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street
4th Floor
P.O. Box 2098
Camden, NJ 08101

    Counsel for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner Nicholas Kyle Martino filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, ECF No. 1; and

    WHEREAS, on February 10, 2022, the Court granted a portion of Petitioner's motion for discovery. ECF No. 29. The Court

ordered Petitioner's trial counsel, Robert C. Wolf, Esq., to "produce the documents requested in Items 1 and 5 of the motion for discovery to Petitioner by March 31, 2022." Id. (citing 28 U.S.C. § 1651); and

WHEREAS, the United States informed the Court that it "spoke with Mr. Wolf on the telephone on February 11, 2022, to inform him of the Opinion and Order." ECF No. 31; and

WHEREAS, "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). The Court has jurisdiction over Petitioner's challenge to his federal conviction and sentence under 28 U.S.C. § 2255. His motion for discovery sought communications with trial counsel relating to his § 2255 claims, and this Court concluded the requested documents were relevant to the proceedings, ECF No. 29; and

WHEREAS, on May 12, 2022, the Court directed Robert Wolf to comply with its February 10, 2022 Order by May 31, 2022. ECF No. 37; and

WHEREAS, on June 23, 2022, Petitioner filed a motion for an order to show cause stating that Wolf had not provided the required documents as ordered by the Court. ECF No. 38,

THEREFORE, IT IS on this __11th__ day of __July__, 2022

ORDERED that Robert Wolf is ordered to respond to

2

Petitioner's motion, ECF No. 38, by July 22, 2022; and it is further

ORDERED that the United States shall provide a copy of this order to Robert Wolf; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.