```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

NICHOLAS KYLE MARTINO,                1:21-cv-0037 (NLH)

        Petitioner,           MEMORANDUM OPINION & ORDER

   v.

UNITED STATES OF AMERICA,

        Respondent.

APPEARANCES:

Nicholas Kyle Martino
106 B Hurffville-Grenloch Road
Sewell, NJ 08080

    Petitioner pro se

Philip R. Sellinger, United States Attorney
Sara Aliya Aliabadi, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street
4th Floor
P.O. Box 2098
Camden, NJ 08101

    Counsel for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner Nicholas Kyle Martino filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, ECF No. 1; and

    WHEREAS, on June 23, 2022, Petitioner filed a motion for an order to show cause stating that his former counsel, Robert

Wolf, had not complied with a Court Order directing him to provide certain documents to Petitioner, ECF No. 38; and

WHEREAS, the Court ordered Wolf to respond to Petitioner's motion, ECF No. 39; and

WHEREAS, Wolf filed a letter indicating "the requested documents from the contents of Counsel's Nicholas Martino file were sent to Mr. Martino by regular and certified mail" on July 18, 2022, ECF No. 40,

THEREFORE, IT IS on this  20th  day of  July  , 2022

ORDERED that Petitioner's motion for an order to show cause, ECF No. 38, be, and hereby is, dismissed as moot; and it is further

ORDERED that Petitioner may file any supplemental brief and appendix by August 19, 2022.  The United States may file a response to the supplement by September 23, 2022; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail.

At Camden, New Jersey        s/ Noel L. Hillman
                             NOEL L. HILLMAN, U.S.D.J.